**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

J.M., AS ADMINISTRATOR OF THE ESTATE
OF HER SON, C.B.,

                                Plaintiff,
    v.
                                                              No. 1:20-CV-00091
SESSIONS, et al.,                                    (TJM/CFH)

                                Defendants.

---

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Emery, Celli, Brinkerhoff, Abady,<br>Ward & Maazel LLP<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>Attorneys for the Plaintiff | ILANN MARGALIT MAAZEL, ESQ.<br>SAMUEL SHAPIRO, ESQ. |
| Capezza, Hill LLP<br>30 South Pearl Street, Suite P-110<br>Albany, New York 12207<br>Attorney for defendant<br>Ashely Sessions | BENJAMIN HILL, ESQ. |
| Attorney General for the<br>State of New York<br>The Capitol<br>Albany, New York 12224<br>Attorney for defendants<br>Elise M. Williams, Joshua A. Buell,<br>Corey C. Behlen, Raymond J. McGinn,<br>Katherina L. Cassata, Michael Novack | KASEY K. HILDONEN, ESQ.<br>RYAN W. HICKEY, ESQ<br>Assistant Attorneys General |

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

# ORDER

A telephone conference was conducted with counsel for all parties on January 25, 2021. Text Minute Entry dated Jan. 25, 2021. During that conference the Court

directed that defendants' personnel files, including disciplinary files, be delivered to the Court for in camera review.  On January 9, 2021, the files were delivered to the Court.

A conference was conducted on February 18, 2021.  Text Minute Entry dated Feb. 18, 2021.  On March 8, 2021, defendants submitted a Proposed Order governing the disclosure of defendants' personnel files.  Dkt. No. 61.  On March 10, 2021, the Court signed the Order governing defendants' personnel files.  Dkt. No. 62.

The Court has conducted an in camera review of those portions of the personnel files of defendants Behlen, Cassata, Novack, and Buell, which are not subject to the Order.  Dkt. No. 62.  Based upon the Court's review, it is **ORDERED** that:

Plaintiff's request for the portions of the defendants' personnel files which were reviewed by the Court is **DENIED** as nothing in the personnel files which the Court reviewed is the proper subject of discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.").

**IT IS SO ORDERED**.

Dated: March 24, 2021
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge